# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.:      (212) 545-4000
Fax:      (212) 972-3213
jacksonlewis.com

March 25, 2026

**<u>Via ECF</u>**

Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 304N
New York, NY  11201

**Re:      Jimenez, et al. v. CAMBA, Inc., et al.**
**<u>Case No.: 1:25-cv-05625</u>**

Dear Magistrate Judge Eichenholtz:

We write pursuant to Rule VI.D. of Your Honor's Individual Practices and Rules to respectfully request endorsement of the form confidentiality order signed by counsel for Plaintiffs and Defendants. The Parties have agreed to designate the following documents and information as confidential, provided that such documents are not public and have not previously been disclosed by the producing party to anyone except those in its employment or those retained by it:

1.  Sensitive commercial data;
2.  Sensitive personal data; and
3.  Medical and legal records.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Mary A. Smith*
Mary A. Smith
Michael A. Neville
666 Third Avenue, 29th Floor
New York, New York 10017
E-mail: Mary.Smith@jacksonlewis.com
E-mail: Michael.Neville@jacksonlewis.com
*ATTORNEYS FOR DEFENDANTS*

**JacksonLewis**

Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
March 25, 2026
Page 2

cc:     All Counsel of Record (via ECF)

4912-0312-6170, v. 1