

49 Thomas Street, Floor 5
New York, NY 10013
https://www.legalaidnyc.org/

March 31, 2026

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

**<u>Via ECF</u>**

Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 304N
New York, NY  11201

Re:     Jimenez, et al. v. CAMBA, Inc., et al.
<u>Case No.: 1:25-cv-05625</u>

Dear Magistrate Judge Eichenholtz:

We are counsel for Plaintiffs in the above-referenced matter and write this letter jointly with counsel for Defendants. The Parties have prepared the joint proposed discovery plan, filed herewith on ECF, pursuant to Section V.B of Your Honor's Individual Rules and in advance of the Initial Conference scheduled for April 7, 2026. However, the Parties continue to discuss settlement and are hopeful about resolving this matter without the need for further litigation.

We thank the Court for its attention to this matter.

Respectfully submitted,

The Legal Aid Society
<u>/s/ Madeleine Reichman</u>
Madeleine Reichman, Esq.
49 Thomas Street, 5th Floor
New York, NY 10013
Phone: (929) 638-0493
mreichman@legal-aid.org

cc:     All Counsel of Record (via ECF)

**Justice in Every Borough.**